# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



2015 OCT -7  AM 10: 56

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CHARLY MORALES (1),<br><br>            Defendant. | CASE NO. 14cr2672-DMS<br><br>BY_____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii)(v)(II)

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/6/15

Jan M. Adler
U.S. Magistrate Judge